Clinton MORGAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62920.

Missouri Court of Appeals,
Western District.

Aug. 10, 2004.

Mark A. Grothoff, Columbia, MO, for appellant.

Andrea K. Spillars, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., SMART and HOWARD, JJ.

### ORDER

PER CURIAM.

Clinton Morgan appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Because a published opinion would have no prece-dential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).